UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN DEWITT MARCEL WATSON, <br> Plaintiff, <br> v. <br> STEPHEN M. WAGSTAFFE, et al., <br> Defendants. | Case No. 23-cv-06140-JD <br><br> **ORDER RE DISMISSAL** <br> Re: Dkt. No. 3 |

A civil rights complaint was filed on behalf of plaintiff, a detainee. Plaintiff did not sign the complaint. Plaintiff was sent two notices that he must submit a signed complaint to continue with this action. Plaintiff has not submitted a signed complaint or otherwise communicated with the Court. Pursuant to Federal Rule of Civil Procedure 41(b) this case is dismissed without prejudice and the Clerk is requested to close the case. The motion to proceed in forma pauperis (Dkt. No. 3) is vacated and no fee is due.

**IT IS SO ORDERED.**

Dated: January 16, 2024

JAMES DONATO
United States District Judge